FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:    (949) 486-1889
Email: r.n@azimynathan.com
       e.a@azimynathan.com

Attorneys of Record for Plaintiff,
JAMES DAVINO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARC JAMES CRUISE; FATBURGER CORPORATION and Does 1 through 10, inclusive and Does 1 through 10, inclusive.<br><br>　　　　　Defendants. | Case No.: CV08-1018 MMM (JWJx)<br><br>[~~PROPOSED~~] ORDER OF STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND DISMISSAL OF PLAINTIFF'S COMPLAINT |

- 1 -

# ORDER

Pursuant to the stipulation of the parties and finding good cause therefore;

**IT IS ORDERED** that the Clerk's Entry of Default entered against Defendant Marc James Cruise on June 11, 2008, is hereby set aside. It is further ordered that Plaintiff's Complaint is dismissed, with prejudice, party to bear their own attorneys' fees and costs.

Dated: _July 25_, 2008

_Margaret M. Morrow_
United States District Court Judge